UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:23-cr-00038-GFVT-EBA-3 |
| v. ) | |
| ) | |
| LEYNNER ANDRE RIASCOS YEPES, ) | |
| ) | **ORDER** |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins.  [R. 86.]  The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review.  *Id*. at 3.  Neither party objected and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Leynner Andre Riascos Yepes knowingly and competently pled guilty to the Count 4 and that an adequate factual basis supports the plea as to this count.  He also consented to forfeiture of the property listed in the forfeiture allegation of the Indictment.  *Id.* at 2.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins's Recommendation to Accept Guilty Plea **[R. 86]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Leynner Andre Riascos Yepes is **ADJUDGED** guilty of Count 4 of the Superseding Indictment;

3. The Defendant's interest in the property listed in the forfeiture allegation of the Indictment is **FORFEITED**; and,

4. The Defendant's Jury Trial is **CANCELLED**.

This the 27th day of November, 2023.

Gregory F. Van Tatenhove
United States District Judge